JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON CHRISTOPHER WILLIAMS, | ) NO. SA CV 23-1264-FMO(E) |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| WARDEN JENKINS, | ) |
| Respondent. | ) |

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: November 20, 2023

                                                    /s/
                                    FERNANDO M. OLGUIN
                             UNITED STATES DISTRICT JUDGE